Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ebise Bayisa
Assistant Federal Public Defender
District of Columbia Bar No. 974534
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ebise_Bayisa@fd.org


*Attorney for Petitioner Juan Rivera


# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Juan Rivera,<br><br>      Petitioner,<br><br>    v.<br><br>Pamela Bondi, *et al.*,<br><br>      Respondents. | Case No. 2:26-cv-00559-JAD-BNW<br><br>**Stipulation to Extend Time to File Amended Petition (First Request)**<br><br>[ECF No. 8] |

Petitioner Juan Rivera and Respondents Pamela Bondi, et al., through undersigned counsel, hereby submit this Stipulation for an extension of time of 7 days for Petitioner to file an amended writ of habeas corpus, moving the deadline to March 27, 2026.

This extension is warranted because the issues presented in Mr. Rivera's case require undersigned counsel to conduct further research and follow up with Mr. Rivera in order to draft an amended petition.

Currently, the amended petition is due on March 20, 2026. This is the first stipulation for an extension of time for the amended petition.

On March 19, 2026, Ms. Bayisa spoke to counsel for Respondents, Special Assistant United States Attorney Martin J. Mayer. Mr. Mayer agreed to this 7-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Rivera to file an amended petition to March 27, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 19th day of March 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *Martin J. Mayer*
Martin J. Mayer
Special Assistant United States
Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Ebise Bayisa*
Ebise Bayisa
Assistant Federal Public
Defender

ORDER

With good cause appearing, IT IS ORDERED that the stipulation to extend time [ECF No. 8] is GRANTED. The amended petition is due on March 27, 2026.

_____
United States District Judge

Dated: March 20, 2026

2