Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ebise Bayisa
Assistant Federal Public Defender
District of Columbia Bar No. 974534
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ebise_Bayisa@fd.org


*Attorney for Petitioner Juan Rivera

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Juan Rivera,<br><br>       Petitioner,<br><br>    v.<br><br>Pamela Bondi, *et al.*,<br><br>       Respondents. | Case No. 2:26-cv-00559-JAD-BNW<br><br>**Stipulation to Extend Time to File Reply to Response to Amended Petition (First Request)**<br><br>[ECF No. 13] |

Petitioner Juan Rivera and Respondents Pamela Bondi, et al., through undersigned counsel, hereby submit this Stipulation for an extension of time of 7 days for Petitioner to file a reply to the government's response to the amended petition for writ of habeas corpus, moving the deadline to April 16, 2026.

This extension is warranted because counsel for Rivera needs additional time to research issues and speak with Mr. Rivera before filing a reply.

Currently, the amended petition is due on April 7, 2026. This is the first stipulation for an extension of time for the reply.

On April 9, 2026, Ms. Bayisa spoke to counsel for Respondents, Special Assistant United States Attorney Martin J. Mayer. Mr. Mayer agreed to this 7-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Rivera to file a reply to government's response to April 16, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 9th day of Apr 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Martin J. Mayer*
Martin J. Mayer
Special Assistant United States
Attorney

/s/ *Ebise Bayisa*
Ebise Bayisa
Assistant Federal Public
Defender

ORDER

Based on the parties' stipulation and with good cause appearing, the stipulation to extend time [ECF No. 13] **is GRANTED**.  The petitioner's reply is now due on April 16, 2026.

_____
United States District Judge

Dated:  April 15, 2026