**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Juan Rivera,

      Petitioner

v.

Todd Blanche, et al.,[1]

      Respondents

Case No.: 2:26-cv-00559-JAD-BNW

**Order Dismissing Amended Petition as Moot and Closing Case**

[ECF No. 18]

Petitioner Juan Rivera filed a pro se petition for a writ of habeas corpus in February 2026.[2]  I appointed counsel, and Rivera filed a counseled amended petition on March 26, 2026.[3]  After that petition was fully briefed, I directed the government to file a supplemental notice updating the court on the status of Rivera's immigration proceedings.[4]  I directed Rivera to file a response by July 30, 2026.[5]

The government's supplemental notice informed the court that Rivera had appealed his removal order to the Board of Immigration Appeals (BIA), and the BIA dismissed that appeal as untimely on April 20, 2026.[6]  Rivera did not appeal that dismissal to the Ninth Circuit, so the government removed Rivera to his country of citizenship on May 17, 2026.[7]  The government

---

[1] Todd Blanche has replaced respondent Pamela Bondi as the Acting Attorney General of the United States and Markwayne Mullin has replaced respondent Kristi Noem as United States Secretary of Homeland Security, so I substitute them as respondents under Federal Rule of Civil Procedure 25(d).

[2] ECF No. 1-1.

[3] ECF No. 10.

[4] ECF No. 17.

[5] *Id.*

[6] ECF No. 18-1.

[7] ECF No. 18.

provides proof of Rivera's removal, and Rivera did not file a response to its notice.[8]  The government contends that this matter is moot and should be dismissed.  I find that the government has made a sufficient showing that Rivera has been lawfully removed, Rivera has not shown otherwise by filing a response by the court-ordered deadline, and his petition challenging his immigration detention is thus moot.

IT IS THEREFORE ORDERED that **Rivera's amended petition is DISMISSED as moot**.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
August 13, 2026

---

[8] ECF No. 18-2 (Form I-205).

2